IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation, | CV 20-4-M-DLC-KLD |
| Plaintiff, | ORDER |
| vs. |  |
| OUTBACK CONSTRUCTION, INC., a Montana Corporation; TANNER COCHRELL; AND D. SHAMEEN COCHRELL a/k/a SHAMEEN COCHRELL, |  |
| Defendants. |  |

Plaintiff moves for the admission of Jan D. Sokol to practice before this Court in this case with Susan G. Ridgeway to act as local counsel. Ms. Sokol's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Ms. Sokol pro hac vice is GRANTED on the condition that Ms. Sokol shall do her own work. This means that Ms. Sokol must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Sokol may move for the admission pro hac vice of one (1)

1

associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Sokol.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Sokol, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 17th day of January, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge