IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation, | CV 20-4-M-DLC-KLD |
| Plaintiff, | ORDER |
| vs. | |
| OUTBACK CONSTRUCTION, INC., a Montana Corporation; TANNER COCHRELL; AND D. SHAMEEN COCHRELL a/k/a SHAMEEN COCHRELL, | |
| Defendants. | |

The dial-in information for counsel to participate in the telephonic preliminary pretrial conference scheduled for April 16, 2020 at 11:00 a.m. has changed. All counsel shall call 1-866-390-1828 at the designated time to participate in the scheduling conference. When prompted, enter the access code 8447649 followed by #.

DATED this 10th day of April, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge