UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PLAINTIFF INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation<br><br>Plaintiff,<br><br>vs.<br><br>OUTBACK CONTRUCTION, INC., a Montana Corporation<br><br>Defendant. | Case No. CV-20-4-M-DLC-KLD<br><br>JUDGMENT IN A CIVIL CASE |

Judgment

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Philadelphia Indemnity Company and against Outback Construction in the following amounts:
(a) $748,887.39 for payments made for claims on the bond;
(b) $5,857.70 for legal costs and expenses incurred;
(c) $22,465.94 for prejudgment interest accrued in 2019;
(d) prejudgment interest accrued in 2020 at a rate of 10% per annum until judgment is entered; plus
(e) interest at the contractual rate of 10% until the judgment is satisfied.

Dated this 29th day of May, 2020.

                TYLER P. GILMAN, CLERK

                By: /s/ A.S. Goodwin
                A.S. Goodwin, Deputy Clerk

